Case: 1:25-mj-00036
Assigned To : Judge G. Michael Harvey
Assign. Date : 03/11/2025
Description: RULE 5 ARREST WARRANT

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

Received
FEB 27 2025
USMS W/TX
El Paso

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Luddis Norelia SANCHEZ-Garcia | ) | Case No. **EP:25-M-00788-ATB** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____PC_____

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Luddis Norelia SANCHEZ-Garcia

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. 1325 (a) (1): being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

The facts are more fully described in the attached affidavit, herein incorpotaed by reference as Attachment A.

Date:   02/27/2025

*Issuing officer's signature*

City and state:   EL PASO, TEXAS

**U.S. Magistrate Judge Anne T. Bertor**
*Printed name and title*

### Return

This warrant was received on *(date)* 02/27/25, and the person was arrested on *(date)* 3/10/25
at *(city and state)* Washington, DC

Date: 3/11/25

*Arresting officer's signature*

A# Koontz  Border Patrol Agent
*Printed name and title*

Warrant sworn to telephonically on
February 27, 2025   at   01:47 PM   and signed
electronically. FED.R.CRIM.P. 4.1(b)(2)(A)